UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:
HAITHAM MASRI

        Debtor.                                   Chapter 7 Case No. 10-61010
_____/

BIG O TIRES, LLC.

        Plaintiff,

v.                                                                  Civil Case No. 11-CV-14810
                                                                         Honorable Denise Page Hood
HAITHAM MASRI

        Defendant.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date, June 29, 2012 the judgment is **AFFIRMED**.

Dated at Detroit, Michigan this 29th day of June, 2012.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                                      BY: s/Tanya Bankston

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 29, 2012, by electronic and/or ordinary mail.

                                                      s/Tanya Bankston for LaShawn Saulsberry
                                                      Case Manager, (313) 234-5160